

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Tyron Dyeralle Davis,                             * From the 118th District Court
                                                    of Howard County,
                                                    Trial Court No. 16816.

Vs. No. 11-24-00162-CR                            * July 18, 2024

The State of Texas,                               * Memorandum Opinion by Trotter, J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.